**William F. HILL and Lola E. Hill, Plaintiffs–Appellees,**

v.

**The UNITED STATES, Defendant–Appellant.**

**No. 91–5032.**

United States Court of Appeals, Federal Circuit.

March 24, 1993.

**JUDGMENT**

The Supreme Court of the United States having reversed the judgment of this Court with costs and having remanded the cause for further proceedings in conformity with its opinion, —— U.S. ——, 113 S.Ct. 941, 122 L.Ed.2d 330.

IT IS ORDERED that the judgment of this court entered on September 11, 1991, 945 F.2d 1529 (Fed.Cir.1991), is vacated and the mandate issued on November 15, 1991, is recalled; and

IT IS FURTHER ORDERED that the judgment of the United States Court of Federal Claims (heretofore United States Claims Court) be, and the same is, reversed; and

IT IS FURTHER ORDERED that the petitioner, the United States, recover from William F. Hill, *et ux.*, Three Hundred Fifty Dollars ($350.00) for their costs expended in the Supreme Court; and

IT IS FURTHER ORDERED that the United States may recover its costs in this court; and

IT IS FURTHER ORDERED that the mandate shall issue forthwith.